# United States District Court

OFFICE OF THE CLERK

## Western District of Louisiana

September 2, 2010

*800 Lafayette Street, Suite 2100*
*Lafayette, LA 70501*
*1-337-593-5000*

*300 Fannin Street, Suite 1167*
*Shreveport, LA 71101-3083*
*1-318-676-4276*

Hon. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals - Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

RE: USA v Chriss
USDC# 5:08cr00269-03 USCOA# 10-30101 cons. w/10-30099

Dear Sir:

In connection with this appeal, the following items are being transmitted. Please acknowledge receipt on the enclosed copy of this letter.

Supplemental record on appeal including updated docket entries, consisting of:

1 volumes of record
1 env. w/sealed doc. 356

Very truly yours,

TONY R. MOORE, Clerk of Court

BY: S/ Nancy Lundy
Nancy Lundy, Deputy Clerk

nl
Enclosures